UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **INGRID WARD, individually and on behalf of all others similarly situated,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**I.C. SYSTEM, INC. and JOHN DOES 1-25,**<br><br>　　　　**Defendants.** | Civ. No. 19-20064 (KM) (JBC)<br><br>**ORDER** |

　　**THIS MATTER** having come before the Court on the motion to dismiss (DE 4) the Complaint by Defendant I.C. System; and the plaintiff having filed an opposition to the motion to dismiss (DE 6); and the Defendant having submitted a reply (DE 7); and the Court having considered the briefs of the parties and decided the matter without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

　　**IT IS** this 2d day of July, 2020

　　**ORDERED** that Defendant's motion to dismiss (DE 4) is **granted**. This dismissal is without prejudice to the filing of a properly supported motion to amend, pursuant to Fed. R. Civ. P. 15, within 30 days.

　　　　　　　　　　　　　　　/s/ Kevin McNulty
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　**Kevin McNulty**
　　　　　　　　　　　　　　　**United States District Judge**