UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **INGRID WARD, individually and on behalf of all others similarly situated,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**I.C. SYSTEM, INC. and JOHN DOES 1-25,**<br><br>       **Defendants.** | Civ. No. 19-20064 (KM) (JBC)<br><br>**ORDER** |

The court having filed an order (DE 9) on July 2, 2020, granting a motion to dismiss the complaint without prejudice to the filing of a motion to amend the complaint within 30 days; and no motion to amend having been filed;

**IT IS** this 8th day of December, 2020

**ORDERED** that the dismissal entered July 2, 2020 (DE 9) is WITH PREJUDICE. The clerk shall close the file.

/s/ Kevin McNulty
_____
**Kevin McNulty**
**United States District Judge**